DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| | | | |
|---|---|---|---|
| 089P15 | State v. Jean Arthur Darcelien | 1. Def's Motion for Temporary Stay (COA14-582) | 1. Allowed **03/06/2015** Dissolved **06/10/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 091P15 | Jerry Wilson and wife, Doris Wilson v. Conleys Creek Limited Partnership, a North Carolina Partnership, and Michael Cornblum | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA14-823) | 1. Denied |
| | | 2. Defs' Motion for Leave to Amend PDR | 2. Allowed |
| | | 3. Defs' Second Motion for Leave to Amend PDR | 3. Denied |
| 093A15 | Town of Boone v. State of North Carolina and County of Watauga | Plt's Motion to Strike the County's Brief | Special Order |
| 103P15 | Jeffrey Bowden v. Dwayne Maurice Young, Coastal Plains Restaurants, LLC, and First Liberty Insurance Corporation | 1. Plt's Notice of Appeal Based Upon a Constitutional Question | 1. — |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-819) | 2. Denied |
| | | 3. Def's (First Liberty) Motion to Dismiss Appeal | 3. Allowed |
| | | 4. Def's (First Liberty) Motion to Strike | 4. Allowed **04/30/2015** |
| | | 5. Plt's Motion to Dismiss Frivolous Interlocutory Appeal and for Sanctions | 5. Stricken *ex mero motu* **04/30/2015** |
| 104P15 | State v. Jermaine Antoine Cade | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-785) | 1. Dismissed *ex mero motu* **04/09/2015** |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 106P15 | Jennifer Elisabeth Martin v. Susan Raye Moreau, in her Individual Capacity, and George Noel Gentieu, in his Individual Capacity | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-811) | 1. Denied |
| | | 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot |